# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 11, 2025

## NO. 03-22-00745-CR

**Francisco Llanas, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
## AFFIRMED -- OPINION BY JUSTICE ELLIS

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.